IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **04-30010-08-MJR** |
| | ) | |
| **JACK A. WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

The United States and intervenor Treva Williams have been working since October 2006 toward the possible resolution of intervenor's petition for the return of property (three certificates of deposit) seized from defendant Jack A. Williams in the above-captioned criminal case. Some progress has been made, and there remains hope that this matter can be resolved without additional litigation. In any event, the possessory interests in the property at issue and the need for further court action both depend on documentary evidence which still needs to be gathered. In order to facilitate the discovery and exchange of evidence, and to enable the Court to schedule this matter for any further proceedings that may be necessary a discovery deadline is necessary. **IT IS THEREFORE ORDERED** that on or before **May 21, 2007**, all discovery shall be completed.

**IT IS FURTHER ORDERED** that a telephone status conference will be conducted on **May 22, 2007, at 9:30 a.m.**; counsel for the government shall be responsible for initiating the conference call. The Court can be reached at 618-482-9106.

1

**IT IS SO ORDERED.**

**DATED: February 20, 2007**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**